John Dee Spicer
Chapter 7 Trustee
Suite 560, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7331
Fax: (214) 573-7399
Email: jspicer@chfirm.com

Chapter 7 Bankruptcy Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HURST GROUP, LLC, | § | Case No. 11-40680-rfn7 |
| | § | |
| Debtor. | § | |

**NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT DE MINIMUS/UNCLAIMED
FUNDS INTO THE COURT'S REGISTRY**

TO THE HONORABLE RUSSELL F. NELMS, U.S. BANKRUPTCY JUDGE:

The Trustee hereby deposits $11,631.74 into the Court's unclaimed funds registry as unclaimed property/de minimus funds for the above-referenced chapter 7 case.

| Name/Address | Claim No. | Amount |
|---|---|---|
| Marian Gardner<br>PO Box 5552<br>Stateline, NV 89449 | N/A[1] | $11,631.74 |

---

[1] Claimant is a Class A Equity Owner of the Debtor and is entitled to a distribution of funds remaining after the payment of priority and general unsecured claims. [*See* **DOC ##84 and 90**]

**Notice by Chapter 7 Trustee to Deposit De Minimus/Unclaimed
Funds into the Court's Registry**                                                                      **Page 1 of 2**

Respectfully submitted,

/s/ John Dee Spicer
John Dee Spicer
Chapter 7 Trustee
Suite 560, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7331
Fax: (214) 573-7399
Email: jspicer@chfirm.com

Chapter 7 Bankruptcy Trustee