**2100 B (12/15**)

# United States Bankruptcy Court

Northern District of Texas
Case No. 11-40680-elm7
Chapter 7

In re: Debtor(s) (including Name and Address)

Hurst Group, LLC
PO Box 69
Colleyville TX 76034

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/07/2019.

Name and Address of Alleged Transferor:

Claim No. : Marita Roddy, 21 Currier Place, Chesire, CT 06410

Name and Address of Transferee:

JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/09/19

Jed G. Weintraub
CLERK OF COURT

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 11-40680-elm
Hurst Group, LLC                                                        Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4          User: sheniquaw          Page 1 of 1          Date Rcvd: Feb 07, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2019.
18459949       +Marita Roddy,    21 Currier Place,    Chesire, CT 06410-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2019 at the address(es) listed below:
              Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Jeff P. Prostok    on behalf of Debtor    Hurst Group, LLC jprostok@forsheyprostok.com,
               lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com
              John Dee Spicer    on behalf of Trustee John D. Spicer jdspicer@chfirm.com,
               chps.ecfnotices@gmail.com
              Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Lynda L. Lankford    on behalf of Debtor    Hurst Group, LLC llankford@forsheyprostok.com,
               lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com
              Mark Xavier Mullin    on behalf of Interested Party    Official Committee of Equity Security
               Holders mark.mullin@haynesboone.com,  kim.morzak@haynesboone.com
              Michelle A. Mendez    on behalf of Creditor Robert  Guzman mmendez@crb-law.com,  kim@crb-law.com
              Robert A. Simon    on behalf of Partner    Whitco Consulting, Ltd. rsimon@whitakerchalk.com,
               bpeck@whitakerchalk.com;ctower@whitakerchalk.com
              Robert A. Simon    on behalf of Partner    GHFT Corporation rsimon@whitakerchalk.com,
               bpeck@whitakerchalk.com;ctower@whitakerchalk.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                             TOTAL: 10