**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 4:11-BK-40680-RFN |
| | § | |
| HURST GROUP LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

John D. Spicer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $95,941.93 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,894.74 | | |

3)        Total gross receipts of $106,836.67  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $106,836.67 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $26,707.71 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,894.74 | $10,894.74 | $10,894.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $8,756,749.80 | $95,941.93 | $95,941.93 |
| **Total Disbursements** | $0.00 | $8,794,352.25 | $106,836.67 | $106,836.67 |

4). This case was originally filed under chapter 11 on 01/31/2011. The case was converted to one under Chapter 7 on 06/26/2014. The case was pending for 80 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2021                    By:    /s/ John D. Spicer
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1229-000 | $106,836.67 |
| **TOTAL GROSS RECEIPTS** | | $106,836.67 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Tarrant County | 4800-000 | $0.00 | $12,593.30 | $0.00 | $0.00 |
| 80 | Tarrant County | 4800-000 | $0.00 | $14,114.41 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $26,707.71 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John Dee Spicer, Trustee | 2100-000 | NA | $8,591.83 | $8,591.83 | $8,591.83 |
| John Dee Spicer, Trustee | 2200-000 | NA | $977.06 | $977.06 | $977.06 |
| Union Bank | 2600-000 | NA | $1,325.85 | $1,325.85 | $1,325.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,894.74 | $10,894.74 | $10,894.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Alliance Tax Advisors | 7100-000 | $0.00 | $294.00 | $294.00 | $294.00 |
| 3 | Weaver | 7100-000 | $0.00 | $1,746.62 | $1,746.62 | $1,746.62 |

| 4 | Pineider Ford & Associates PLLC | 7100-000 | $0.00 | $2,601.00 | $2,601.00 | $2,601.00 |
|---|---|---|---|---|---|---|
| 5 | Barry Adamson | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 6 | Christopher Barker | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 7 | David Alkek | 7100-000 | $0.00 | $125,000.00 | $0.00 | $0.00 |
| 8 | Bruce Basden | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 9 | Lawrence Berk | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 10 | Doug Leach | 7100-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 11 | Jim Bortmess | 7100-000 | $0.00 | $400,000.00 | $0.00 | $0.00 |
| 12 | Dennis Little | 7100-000 | $0.00 | $125,000.00 | $0.00 | $0.00 |
| 13 | Patricia Little | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 14 | William Buhl | 7100-000 | $0.00 | $125,000.00 | $0.00 | $0.00 |
| 15 | Greg Boyd | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 16 | Gary Martin | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 17 | Bruce Bumgarner | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 18 | John Maurillo | 7100-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 19 | Jacqueline Bumgarner | 7100-000 | $0.00 | $35,000.00 | $0.00 | $0.00 |
| 20 | Bobbie Neubert | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 21 | Kip Niles | 7100-000 | $0.00 | $16,600.00 | $0.00 | $0.00 |
| 22 | Larry Carter | 7100-000 | $0.00 | $450,000.00 | $0.00 | $0.00 |
| 23 | Larry Carter | 7100-000 | $0.00 | $450,000.00 | $0.00 | $0.00 |
| 24 | Tim Pannell | 7100-000 | $0.00 | $200,000.00 | $0.00 | $0.00 |
| 25 | Thomas J. "Tom" Rick | 7100-000 | $0.00 | $225,000.00 | $0.00 | $0.00 |
| 26 | Patricia Rochin | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 27 | Grady Coyle | 7100-000 | $0.00 | $275,000.00 | $0.00 | $0.00 |
| 28 | John Deleeuw | 7100-000 | $0.00 | $35,000.00 | $0.00 | $0.00 |
| 29 | Sherrie Ryan | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 30 | Dave Duquemin | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 31 | Jim Dwyer | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 32 | Brent Sandlin | 7100-000 | $0.00 | $75,000.00 | $0.00 | $0.00 |
| 33 | John Schmerein | 7100-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 34 | Jan Fersing | 7100-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 35 | Ned Sciortino | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 36 | Greg Sederis | 7100-000 | $0.00 | $450,000.00 | $0.00 | $0.00 |
| 37 | Shah Simac | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 38 | Carmen Spagnola | 7100-000 | $0.00 | $150,000.00 | $0.00 | $0.00 |
| 39 | Terry Stinson | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 40 | Greg Sveska | 7100-000 | $0.00 | $215,852.06 | $0.00 | $0.00 |
| 41 | H. Robert Frenzel | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 42 | Dave Galassi | 7100-000 | $0.00 | $150,000.00 | $0.00 | $0.00 |

| 43 | Floyd Swaim | 7100-000 | $0.00 | $508,750.00 | $0.00 | $0.00 |
| 44 | Robert Tomes | 7100-000 | $0.00 | $375,000.00 | $0.00 | $0.00 |
| 45 | Robert Guzman | 7100-000 | $0.00 | $400,000.00 | $0.00 | $0.00 |
| 46 | Dave Vaughn | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 47 | Faustino Gonzalez | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 48 | Benenati Law | 7100-000 | $0.00 | $19,167.63 | $1,277.84 | $1,277.84 |
| 49 | Nancy Volkel | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 50 | Scott Haines | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 51 | William W. Verhulst | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 52 | Jim Wetzel | 7100-000 | $0.00 | $325,000.00 | $0.00 | $0.00 |
| 53 | Jeff Wiggins | 7100-000 | $0.00 | $150,000.00 | $0.00 | $0.00 |
| 54 | Elsworth Finlay | 7100-000 | $0.00 | $32,500.00 | $0.00 | $0.00 |
| 55 | Dwayne Wink | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 56 | Garry Schnabel | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 57 | Bree Wink | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 58 | John Harrison | 7100-000 | $0.00 | $160,000.00 | $0.00 | $0.00 |
| 59 | Dave Yelken | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 60 | Ken Harrison | 7100-000 | $0.00 | $75,000.00 | $0.00 | $0.00 |
| 61 | Martha Harrison | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 62 | LeRoy Hidalgo | 7100-000 | $0.00 | $75,000.00 | $0.00 | $0.00 |
| 63 | Richard Yentis | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 64 | Charles Heinen | 7100-000 | $0.00 | $75,000.00 | $0.00 | $0.00 |
| 65 | Keith Stewart | 7100-000 | $0.00 | $80,000.00 | $0.00 | $0.00 |
| 66 | Michael Kinzley | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 67 | Paul Kim | 7100-000 | $0.00 | $20,000.00 | $0.00 | $0.00 |
| 68 | John Koschak | 7100-000 | $0.00 | $80,000.00 | $0.00 | $0.00 |
| 69 | Joe A. Potthoff | 7100-000 | $0.00 | $1,797.84 | $1,797.84 | $1,797.84 |
| 70 | James W. Weaver | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | Rland Management Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | Rland Management Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | GHFT Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | K. A. Whitman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | Mehul Patel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | Rland Management Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | Robinson & Robinson LLP | 7100-000 | $0.00 | $96,575.93 | $3,219.40 | $3,219.40 |
| 78 | Jon Michael Thomas   Michael Thomas | 7100-000 | $0.00 | $100,572.87 | $0.00 | $0.00 |

| 79 | Cantrell McCulloch Inc. | 7100-000 | $0.00 | $291.85 | $291.85 | $291.85 |
|---|---|---|---|---|---|---|
| | Elsworth Finlay | 7400-000 | $0.00 | $0.00 | $8,723.34 | $8,723.34 |
| | Floyd Swaim | 7400-000 | $0.00 | $0.00 | $10,709.94 | $10,709.94 |
| | Garry Schnabel | 7400-000 | $0.00 | $0.00 | $6,083.06 | $6,083.06 |
| | Glen Kinney | 7400-000 | $0.00 | $0.00 | $2,791.73 | $2,791.73 |
| | Harry Cummins | 7400-000 | $0.00 | $0.00 | $11,687.33 | $11,687.33 |
| | Harry Cummins (Trust) | 7400-000 | $0.00 | $0.00 | $9,286.02 | $9,286.02 |
| | James W. Weaver | 7400-000 | $0.00 | $0.00 | $6,854.04 | $6,854.04 |
| | Marian Gardner | 7400-000 | $0.00 | $0.00 | $11,631.74 | $11,631.74 |
| | Marita Roddy | 7400-000 | $0.00 | $0.00 | $8,571.85 | $8,571.85 |
| | Richard Doyle | 7400-000 | $0.00 | $0.00 | $3,228.17 | $3,228.17 |
| | Robert Straub | 7400-000 | $0.00 | $0.00 | $5,146.16 | $5,146.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,756,749.80 | $95,941.93 | $95,941.93 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1        Exhibit 8

| | |
|---|---|
| **Case No.:** 11-40680-RFN | **Trustee Name:** John Dee Spicer |
| **Case Name:** HURST GROUP LLC | **Date Filed (f) or Converted (c):** 06/26/2014 (c) |
| **For the Period Ending:** 2/5/2021 | **§341(a) Meeting Date:** 08/11/2014 |
| | **Claims Bar Date:** 11/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  BANK ACCOUNTS                                (u) | $106,836.67 | $106,836.67 | | $106,836.67 | FA |

**Asset Notes:**  JP Morgan Chase checking account.  [Trustee notes that this is the only remaining asset since case converted from Chapter 11 to Chapter 7 as listed on the debtor's conversion schedule filed on 7-11-14.  Value verified by bank statement - $106,836.67.]

**TOTALS (Excluding unknown value)**  Gross Value of Remaining Assets

$106,836.67        $106,836.67        $106,836.67        $0.00

**Major Activities affecting case closing:**

The case was converted from Chapter 11 on June 26, 2014.  The only remaining asset for the estate since conversion is a bank account, for which the balance has been received by the estate.  The trustee will review claims and file objections as needed.  No claims have been filed post-conversion.

Update as of 3/23/16:  The TFR was filed on June 16, 2015 but withdrawn on July 13, 2015 since the attorney for the debtor informed the trustee that certain claims were going to be objected to by the debtor. The trustee has made numerous requests for such objections to be filed.

Update as of 12/31/16: The estate has resolved the two claims that were disputed in the previous proposed distribution (Claim Nos. 48 and 77). An amended TFR, reflecting these agreements, will be submitted to the UST in the first quarter of 2017.

Update as of 09/30/17: The TFR has been submitted to the UST for approval.
 [John Dee Spicer 2015-07-16 05:00:00]

**Initial Projected Date Of Final Report (TFR):**  09/30/2015        **Current Projected Date Of Final Report (TFR):**  03/31/2017        /s/ JOHN DEE SPICER

JOHN DEE SPICER

Page No: 1    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-40680-RFN | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | HURST GROUP LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***3202 | Checking Acct #: | ******7556 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 2/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2014 | ( 1) | Hurst Group, LLC | Turnover of funds on deposit in bank account. | 1229-000 | $106,836.67 | | $106,836.67 |
| 09/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $92.20 | $106,744.47 |
| 10/27/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $153.64 | $106,590.83 |
| 11/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $158.62 | $106,432.21 |
| 12/26/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $153.27 | $106,278.94 |
| 01/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $158.15 | $106,120.79 |
| 02/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $157.92 | $105,962.87 |
| 03/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $142.43 | $105,820.44 |
| 04/27/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $157.44 | $105,663.00 |
| 05/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $152.18 | $105,510.82 |
| 01/03/2017 | 101 | Robinson and Robinson, LLP | Order signed 12/15/16 authorizing payment on Claim No. 77. | 7100-000 | | $3,219.40 | $102,291.42 |
| 11/10/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $102,291.42 | $0.00 |

|  | | TOTALS: | | | $106,836.67 | $106,836.67 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | | | $0.00 | $102,291.42 | |
| | | Subtotal | | | $106,836.67 | $4,545.25 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $106,836.67 | $4,545.25 | |

| **For the period of 1/31/2011 to 2/5/2021** | | **For the entire history of the account between 01/01/1900 to 2/5/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $106,836.67 | Total Compensable Receipts: | $106,836.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $106,836.67 | Total Comp/Non Comp Receipts: | $106,836.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,545.25 | Total Compensable Disbursements: | $4,545.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,545.25 | Total Comp/Non Comp Disbursements: | $4,545.25 |
| Total Internal/Transfer Disbursements: | $102,291.42 | Total Internal/Transfer Disbursements: | $102,291.42 |

**FORM 2** Page No: 2 Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-40680-RFN | |
| **Case Name:** | HURST GROUP LLC | |
| **Primary Taxpayer ID #:** | **-***3202 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 2/5/2021 | |

| | |
|---|---|
| **Trustee Name:** | John Dee Spicer |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******6088 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2017 | | Union Bank | Transfer Funds | 9999-000 | $102,291.42 | | $102,291.42 |
| 03/22/2018 | 5001 | John Dee Spicer | Trustee Fee | 2100-000 | | $8,591.83 | $93,699.59 |
| 03/22/2018 | 5002 | John Dee Spicer | Trustee Expenses | 2200-000 | | $977.06 | $92,722.53 |
| 03/22/2018 | 5003 | Alliance Tax Advisors | Payment on Unsecured Claim | 7100-000 | | $294.00 | $92,428.53 |
| 03/22/2018 | 5004 | Weaver | Payment on Unsecured Claim | 7100-000 | | $1,746.62 | $90,681.91 |
| 03/22/2018 | 5005 | Pineider Ford & Associates PLLC | Payment on Unsecured Claim | 7100-000 | | $2,601.00 | $88,080.91 |
| 03/22/2018 | 5006 | Benenati Law | Payment on Unsecured Claim | 7100-000 | | $1,277.84 | $86,803.07 |
| 03/22/2018 | 5007 | Joe A. Potthoff | Payment on Unsecured Claim | 7100-000 | | $1,797.84 | $85,005.23 |
| 03/22/2018 | 5008 | Cantrell McCulloch Inc. | Payment on Unsecured Claim | 7100-000 | | $291.85 | $84,713.38 |
| 03/22/2018 | 5009 | Elsworth Finlay | Payment on Subordinated Equity Claim | 7400-000 | | $8,723.34 | $75,990.04 |
| 03/22/2018 | 5010 | Floyd Swaim | Payment on Subordinated Equity Claim | 7400-000 | | $10,709.94 | $65,280.10 |
| 03/22/2018 | 5011 | Garry Schnabel | Payment on Subordinated Equity Claim | 7400-000 | | $6,083.06 | $59,197.04 |
| 03/22/2018 | 5012 | Glen Kinney | Payment on Subordinated Equity Claim | 7400-000 | | $2,791.73 | $56,405.31 |
| 03/22/2018 | 5013 | Harry Cummins | Payment on Subordinated Equity Claim | 7400-000 | | $11,687.33 | $44,717.98 |
| 03/22/2018 | 5014 | Harry Cummins (Trust) | Payment on Subordinated Equity Claim | 7400-000 | | $9,286.02 | $35,431.96 |
| 03/22/2018 | 5015 | James W. Weaver | Payment on Subordinated Equity Claim | 7400-000 | | $6,854.04 | $28,577.92 |
| 03/22/2018 | 5016 | Marian Gardner | Payment on Subordinated Equity Claim | 7400-000 | | $11,631.74 | $16,946.18 |
| 03/22/2018 | 5017 | Marita Roddy | Payment on Subordinated Equity Claim | 7400-000 | | $8,571.85 | $8,374.33 |
| 03/22/2018 | 5018 | Richard Doyle | Payment on Subordinated Equity Claim | 7400-000 | | $3,228.17 | $5,146.16 |
| 03/22/2018 | 5019 | Robert Straub | Payment on Subordinated Equity Claim | 7400-000 | | $5,146.16 | $0.00 |
| 07/17/2018 | 5011 | Garry Schnabel | Void of Check# 5011 | 7400-003 | | ($6,083.06) | $6,083.06 |
| 07/17/2018 | 5012 | STOP PAYMENT: Glen Kinney | Stop Payment for Check# 5012 | 7400-004 | | ($2,791.73) | $8,874.79 |
| 07/17/2018 | 5013 | Harry Cummins | Void of Check# 5013 | 7400-003 | | ($11,687.33) | $20,562.12 |
| 07/17/2018 | 5014 | Harry Cummins (Trust) | Void of Check# 5014 | 7400-003 | | ($9,286.02) | $29,848.14 |
| 07/17/2018 | 5016 | STOP PAYMENT: Marian Gardner | Stop Payment for Check# 5016 | 7400-004 | | ($11,631.74) | $41,479.88 |
| 07/17/2018 | 5017 | Marita Roddy | Void of Check# 5017 | 7400-003 | | ($8,571.85) | $50,051.73 |
| | | | **SUBTOTALS** | | $102,291.42 | $52,239.69 | |

FORM 2                                                                    Page No: 3          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 11-40680-RFN | | | Trustee Name: | John Dee Spicer | |
| Case Name: | HURST GROUP LLC | | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***3202 | | | Checking Acct #: | ******6088 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA | |
| For Period Beginning: | 1/31/2011 | | | Blanket bond (per case limit): | $300,000.00 | |
| For Period Ending: | 2/5/2021 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/17/2018 | 5020 | Clerk, US Bankruptcy Court | Unclaimed Funds | * | | $14,423.47 | $35,628.26 |
| | | | $(2,791.73) | 7400-001 | | | $35,628.26 |
| | | | $(11,631.74) | 7400-001 | | | $35,628.26 |
| 07/17/2018 | 5021 | Clerk, US Bankruptcy Court | Unclaimed Funds | * | | $35,628.26 | $0.00 |
| | | | $(6,083.06) | 7400-001 | | | $0.00 |
| | | | $(11,687.33) | 7400-001 | | | $0.00 |
| | | | $(9,286.02) | 7400-001 | | | $0.00 |
| | | | $(8,571.85) | 7400-001 | | | $0.00 |
| 11/01/2018 | | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. | 7400-000 | | $11,631.74 | ($11,631.74) |
| 11/01/2018 | | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. Financial Specialist (Tonya L. Castillo) called on 11/7/2018 to inform me that this ACH did not go through and to resubmit. Resubmitted on 11/7/2018. | 7400-000 | | $8,571.85 | ($20,203.59) |
| 11/01/2018 | | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. | 7400-000 | | $2,791.73 | ($22,995.32) |
| 11/01/2018 | | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. | 7400-000 | | $6,083.06 | ($29,078.38) |
| 11/01/2018 | | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. | 7400-000 | | $9,286.02 | ($38,364.40) |
| 11/01/2018 | 5020 | VOID: Clerk, US Bankruptcy Court | Check was never printed. | * | | ($14,423.47) | ($23,940.93) |
| | | | $2,791.73 | 7400-003 | | | ($23,940.93) |
| | | | $11,631.74 | 7400-003 | | | ($23,940.93) |
| 11/01/2018 | 5021 | VOID: Clerk, US Bankruptcy Court | Check was never printed. | * | | ($35,628.26) | $11,687.33 |
| | | | $6,083.06 | 7400-003 | | | $11,687.33 |
| | | | $11,687.33 | 7400-003 | | | $11,687.33 |
| | | | $9,286.02 | 7400-003 | | | $11,687.33 |
| | | | $8,571.85 | 7400-003 | | | $11,687.33 |
| 11/01/2018 | 5022 | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. | 7400-000 | | $11,687.33 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $50,051.73 | |

Page No: 4    Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-40680-RFN | |
| Case Name: | HURST GROUP LLC | |
| Primary Taxpayer ID #: | **-***3202 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/31/2011 | |
| For Period Ending: | 2/5/2021 | |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6088 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/05/2018 | | Clerk of the U.S. Bankruptcy Court | Funds were transferred via ACH into the Court's Registry on 10/31/2018. | 7400-000 | | $11,687.33 | ($11,687.33) |
| 11/05/2018 | 5022 | VOID: Clerk of the U.S. Bankruptcy Court | Amount should have been entered as a bank debit rather than a check. | 7400-003 | | ($11,687.33) | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $102,291.42 | $102,291.42 | $0.00 |
| **Less: Bank transfers/CDs** | $102,291.42 | $0.00 | |
| **Subtotal** | $0.00 | $102,291.42 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $102,291.42 | |

| For the period of 1/31/2011 to 2/5/2021 | | For the entire history of the account between 11/10/2017 to 2/5/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $102,291.42 | Total Internal/Transfer Receipts: | $102,291.42 |
| | | | |
| Total Compensable Disbursements: | $102,291.42 | Total Compensable Disbursements: | $102,291.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $102,291.42 | Total Comp/Non Comp Disbursements: | $102,291.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5    Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-40680-RFN | Trustee Name: | John Dee Spicer |
| Case Name: | HURST GROUP LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3202 | Checking Acct #: | ******6088 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 2/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $106,836.67 | $106,836.67 | $0.00 |

| **For the period of 1/31/2011 to 2/5/2021** | | **For the entire history of the case between 06/26/2014 to 2/5/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $106,836.67 | Total Compensable Receipts: | $106,836.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $106,836.67 | Total Comp/Non Comp Receipts: | $106,836.67 |
| Total Internal/Transfer Receipts: | $102,291.42 | Total Internal/Transfer Receipts: | $102,291.42 |
| | | | |
| Total Compensable Disbursements: | $106,836.67 | Total Compensable Disbursements: | $106,836.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,836.67 | Total Comp/Non Comp Disbursements: | $106,836.67 |
| Total Internal/Transfer Disbursements: | $102,291.42 | Total Internal/Transfer Disbursements: | $102,291.42 |

/s/ JOHN DEE SPICER

JOHN DEE SPICER